IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TERRY PERRY,

      Petitioner,

v.

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,
JAMES BARRETT,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5022

Opinion filed December 12, 2014.

Petition for Writ of Mandamus -- Original Jurisdiction.

Terry Perry, pro se, Petitioner.

Rebecca Kapusta, Interim General Counsel, Florida Department of Children and Families, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of mandamus is denied on the merits. See Thomas v. State, Dept. of Revenue, 74 So. 3d 145 (Fla. 1st DCA 2011) (stating that absent a showing that an express and distinct demand for performance was made, mandamus will not lie to compel a court to rule on a pleading in a civil matter).

WOLF, THOMAS, and WETHERELL, JJ., CONCUR.